**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------------------

JOSEPH SILBERMAN,

               Plaintiff,

    -against-

S & I SERVICES, INC. and
YAAHKOV A. GERLITZ,

               Defendants.

Civil Action No. **19     1013**

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

-------------------------------------------------------------------

Plaintiff, JOSEPH SILBERMAN (hereinafter, "Plaintiff"), a New York resident, brings this Complaint by and through his undersigned counsel, against Defendants S & I SERVICES, INC. and YAAHKOV A. GERLITZ.

## INTRODUCTION/PRELIMINARY STATEMENT

1. The Plaintiff brings this personal injury claim, having suffered serious and grievous injuries as a result of the Defendants' negligence. Specifically, on September 12, 2018, the Plaintiff was a passenger in a motor vehicle owned and maintained by Defendant S & I SERVICES, INC., and operated by Defendant YAAHKOV A. GERLITZ. Because of the Defendants' negligence, the subject vehicle was involved in a motor vehicle accident in which Plaintiff suffered grievous injuries. As a result, the Plaintiff has been forced to undergo extensive medical treatment and hospitalization, emergency surgery, months of physical therapy and a continued inability to work.

## PARTIES

2. Plaintiff is a natural person who is a citizen of the State of New York, has his permanent residence in the State of New York and is domiciled in the State of New York.

3. Defendant S&I Services, Inc. is a corporation incorporated in the State of Pennsylvania,

with its sole and principal place of business located at 247 Empire Drive, Mifflintown Mifflin PA 17059.

4.  Defendant Yaahkov A. Gerlitz is a natural person who is a citizen of the State of New Jersey, has his permanent residence in the State of New Jersey and is domiciled in the State of New Jersey.

## JURISDICTION AND VENUE

5.  This Court has diversity jurisdiction over this matter pursuant to 28 USC §1332, as this action involves (1) a single Plaintiff, who is a citizen of the State of New York, and (2) two Defendants, neither of whom is a citizen of the State of New York and who are citizens of either Pennsylvania and New Jersey, and (3) an amount in controversy well exceeding $75,000.00, due to the nature of the serious and debilitating injuries suffered by the Plaintiff.

6.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because the subject motor vehicle accident happened in this district, namely in Bethel Township, Berks County, Pennsylvania.

## NATURE OF THE ACTION

7.  Plaintiff brings this action to recover damages for his serious personal injuries suffered solely as a result of the Defendants' negligence.

## ALLEGATIONS OF FACT

8.  Plaintiff repeats and incorporates the allegations contained in paragraphs numbered above herein with the same force and effect as if the same were set forth at length herein.

9.  On September 12, 2018, the defendant, **Yaahkov A. Gerlitz**, was the operator of a motor vehicle, namely a 2006 Toyota Sienna minivan bearing License Plate KSF-9040, registered

in the State of Pennsylvania.

10. On September 12, 2018, the defendant, **S&I Services, Inc.**, owned the aforementioned motor vehicle.

11. On September 12, 2018, the defendant, **S&I Services, Inc.**, managed the aforementioned motor vehicle.

12. On September 12, 2018, the defendant, **S&I Services, Inc.**, was responsible for the repairs of the aforementioned motor vehicle.

13. On September 12, 2018, the defendant, **S&I Services, Inc.**, controlled the aforementioned motor vehicle.

14. On September 12, 2018, the defendant, **S&I Services, Inc.**, entrusted Defendant **Yaahkov A. Gerlitz** with the use and operation of the aforementioned motor vehicle.

15. On September 12, 2018, Defendant **Yaahkov A. Gerlitz** operated the aforementioned motor vehicle with the knowledge of Defendant **S&I Services, Inc.**

16. On September 12, 2018, Defendant **Yaahkov A. Gerlitz** operated the aforementioned motor vehicle with the permission of the Defendant **S&I Services, Inc.**

17. On September 12, 2018, the defendant, **Yaahkov A. Gerlitz**, managed the aforementioned motor vehicle.

18. On September 12, 2018, the defendant, **Yaahkov A. Gerlitz**, controlled the aforementioned motor vehicle.

## COUNT I
### *(Negligence)*

19. Plaintiff repeats and incorporates the allegations contained in paragraphs numbered above herein with the same force and effect as if the same were set forth at length herein.

20. On September 12, 2018, at approximately 08:05 a.m., the Plaintiff was a passenger in the aforementioned 2006 Toyota minivan operated by defendant, **Yaahkov A. Gerlitz** as it traveled on the Off-Ramp D1 exiting Interstate 78 at its intersection with Camp Swatara Road in Bethel Township, Pennsylvania.

21. At that time, the aforementioned 2006 Toyota minivan operated by defendant, **Yaahkov A. Gerlitz** disobeyed a stop sign and was immediately struck by a vehicle owned and operated by non-party Martha Weaver as that vehicle traveled southbound on Camp Swatara Road.

22. The Plaintiff suffered serious, grievous, and permanent injuries as a result of the subject motor vehicle accident.

23. The accident and the injuries resulting therefrom to Plaintiff were caused solely and wholly by reason of negligence, recklessness and carelessness of the Defendants, directly and vicariously, without any negligence on the part of the plaintiff contributing thereto.

24. The above stated occurrence and the results thereof were in no way due to any negligence on the part of the Plaintiff contributing thereto, but were caused by the negligence of the Defendants in the ownership, operation, management, maintenance and control of the aforementioned motor vehicle; in operating same without due regard to the rights and safety of the Plaintiff; in operating said motor vehicle in a manner which unreasonably endangered  the Plaintiff in failing to properly steer, guide, manage and control said vehicle; in operating same at a rate of speed greater than was reasonable and proper at the time and place of the occurrence; in failing to apply the brakes or slow down or stop in such a manner as would have prevented the occurrence; in negligently failing to properly maintain the aforementioned motor vehicle; in negligently entrusting the aforementioned

motor vehicle to be used and operated by the defendant; in failing to have·made adequate and timely observation of and response to conditions; in failing to stop before a collision with Ms. Weaver's vehicle occurred; in failing to obey traffic control devices, particularly a stop sign, present at the place of occurrence; in failing to observe signs and signals prevailing at the time and place of the occurrence; in failing to keep proper look-out when controlling said vehicle; in failing to properly maintain said vehicle according to law; in failing to give adequate and timely signal, notice or warning; in operating said motor vehicle in violation of the traffic rules, regulations, statutes and ordinances in such cases made and provided; and in being otherwise careless, reckless, and negligent in the ownership, maintenance, operation and control of said motor vehicle.

25. Solely by reason of the foregoing, the Plaintiff became and was rendered sick, sore, lame and disabled; received severe, serious and permanent injuries in and about diverse parts of his person; experienced great pain and suffering and plaintiff suffered and still suffers from said injuries; and plaintiff have been informed and verily believes said injuries to be of permanent nature; and plaintiff was incapacitated and will continue to be incapacitated from attending to usual duties, hobbies, activities and avocation; and plaintiff were compelled to and did seek hospitalization, medical care and treatment and will require further medical care and treatment in the future; and plaintiff was caused to and did expend diverse sums of money in an effort to cure and heal himself and will in the future be required to incur additional expenses for such medical and other aid; and plaintiff in other ways sustained the loss of diverse sums of money, all of which will continue into the future.

26. The Plaintiff suffered serious, grievous, and permanent injuries as a result of the subject motor vehicle accident, including cervical fractures and spinal cord compression, which

required immediate surgical intervention and lengthy hospital stays and rehabilitation to repair.

27. Furthermore, as a result of the Defendants' negligence, Plaintiff has been disabled and unable to work since the September 12, 2018, thereby losing tens of thousands of dollars in lost wages.

28. Plaintiff's injuries were caused solely by the negligence of the Defendants, and without any negligence on the part of the Plaintiff contributing thereto.

29. As a result of the Defendants' actions, Plaintiff's life and limb has been severely harmed, and the Plaintiff therefore seeks $5,000,000.00 in compensation for those injuries.

## DEMAND FOR TRIAL BY JURY

30. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against Defendant as follows:

(a)     that Plaintiff be awarded a judgment in an amount no less than $5,000,000.00;

(b)     for the costs and disbursements of this action; and

(c)     such other and further relief as this Court may deem just and proper.

Dated: March 6, 2019

By:   /s/ Ari H. Marcus
Ari H. Marcus, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Office:   (732) 695-3282
Fax:     (732) 298-6256
Email:   Ari@MarcusZelman.com
Website: www.MarcusZelman.com

**CIVIL COVER SHEET**

19-cv-1013

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JOSEPH SILBERMAN

**DEFENDANTS** 19 1013
S & I SERVICES, INC. and YAAHKOV A. GERLITZ

**(b)** County of Residence of First Listed Plaintiff    Rockland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Marcus & Zelman 701 Cookman Ave Ste 300 Asbury Park NJ 07712
Tel: 732.695.3282 Email: ari@marcuszelman.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1  U S Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

❏ 2  U S Government
Defendant

❏ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' | Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | Liability | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 340 Marine | | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | | | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 870 Taxes (U S Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 871 IRS—Third Party 26 USC 7609 | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
❏ 2 Removed from State Court
❏ 3 Remanded from Appellate Court
❏ 4 Reinstated or Reopened
❏ 5 Transferred from Another District *(specify)*
❏ 6 Multidistrict Litigation - Transfer
❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*

Brief description of cause
Personal injury - motor vehicle negligence

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:**  ☒ Yes  ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*    JUDGE _____    DOCKET NUMBER _____

MAR -8 2019

DATE
03/06/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Ari Marcus

**FOR OFFICE USE ONLY**

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG JUDGE_____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**19    1013**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 68 Bates Drive, Monsey, NY 10952

Address of Defendant: 247 Empire Drive, Mifflin PA 17059

Place of Accident, Incident or Transaction: Bethel Township, PA

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE   March 6, 2019                                322283

*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.   Federal Question Cases:**

☐ 1   Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2   FELA
☐ 3   Jones Act-Personal Injury
☐ 4.  Antitrust
☐ 5   Patent
☐ 6.  Labor-Management Relations
☐ 7   Civil Rights
☐ 8.  Habeas Corpus
☐ 9   Securities Act(s) Cases
☐ 10  Social Security Review Cases
☒ 11  All other Federal Question Cases
      *(Please specify)*   Personal Injury - Motor Vehicle

**B.   Diversity Jurisdiction Cases:**

☐ 1   Insurance Contract and Other Contracts
☐ 2   Airplane Personal Injury
☐ 3.  Assault, Defamation
☐ 4.  Marine Personal Injury
☐ 5   Motor Vehicle Personal Injury
☐ 6.  Other Personal Injury *(Please specify)*
☐ 7   Products Liability
☐ 8.  Products Liability – Asbestos
☐ 9   All other Diversity Cases
      *(Please specify)*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, An Marcus _____, counsel of record *or pro se plaintiff*, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

MAR - 8 2019

DATE   March 6, 2019                                322283

*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38

Civ 609 (5/2018)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

JOSEPH SILBERMAN,

     Plaintiff     :    CIVIL ACTION

    v.         :

S&I SERVICES, INC. and    :     **19**    **1013**

YAAHKOV A. GERLITZ,    :

      Defendants     NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)   In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.      (  )

(b) Social Security   Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.      (  )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   (  )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.      (  )

(e) Special Management -  Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.)      (  )

(f) Standard Management – Cases that do not fall into any one of the other tracks.     ( x )

| March 6, 2019 | Ari Marcus | Plaintiff, Joseph Silberman |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 732.695.3282 | 732.298.6256 | ari@marcuszelman.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

MAR - 8 2019